Form B 250E (12/09)

# United States Bankruptcy Court
## Northern District Of Illinois

In re **WELLINGTON &**  ) Case No. **15-35476**
**POLASKI Condominium**  )
**ASSN, INC.**  Debtor*  )
)  Chapter **11**
)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on **10/19/2015** (date), requesting an order for relief under chapter **11** of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Clerk of the U.S. Bankruptcy Court
Address of the clerk: **219 S. DEARBORN**
**CHICAGO, IL 60604**

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of  **OPTIONS LAW GROUP, P.C.**
Petitioner's Attorney:  **123 WEST MADISON STE 1400**
**CHICAGO, IL 60126**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address **219 S. DEARBORN U.S. COURT HOUSE CHICAGO, IL 60604** | Room **742** |
| | Date & Time **12/2/2015 10:30 A.M.** |

If you fail to respond to this summons, the order for relief will be entered.

Jeffrey P. Allsteadt  (Clerk of the Bankruptcy Court)

Date: **OCT 19 2015**

By _Marian B Miller_ Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

SEAL COPY