**UNITED STATE BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re<br>Wellington & Pulaski Condominium<br>Association Inc.,<br>Debtor. | Chapter 11 Case No. 15 B-035476<br>Judge Carol A. Doyle<br>Hearing Date: 12/02/2015<br>Hearing Time: 10:30 a.m. |

To:   See attached service list

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on December 2, 2015 at the hour of 10:30 a.m., I will appear before the Honorable Judge Carol A Doyle or whomever may be sitting in her place and stead in Courtroom 742, Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and present the attached Motion to Dismiss Chapter 11 Involuntary Petition Pursuant to 11 U.S.C §303(b), a copy of which is attached hereto and herewith served upon you, at which time and place you may appear.

CHI4005 LLC and 4003 Wellington2 Inc., Movants

By:   /s/ Kenneth A. Henry
Kenneth A. Henry, Esq., Attorney for Movants

Kenneth A. Henry, Esq. (ARDC No. 1193457)
Attorney for Movants
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 857-0100
khenry@kahlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is causing a copy of this Notice of Motion and the Motion attached hereto to be served upon the following counsel of record by CM-ECF service, this 20th day of November 2015:

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Esther E Tryban Telser on behalf of Creditor City of Chicago, a municipal corporation
etrybantelser@cityofchicago.org

And by U.S. Mail on the following:

GEORGE OPARANOZIE, ESQ.
Options Law Group, P.C.
123 W. Madison Street, Suite 1400
Chicago, IL 60602
Attorney for Petitioning Creditors

PROVEST DE II Inc.
c/o Jeffrey Nelson [registered agent]
310 Busse Rd
Park Ridge, III 60068

PROVEST REALTY SERVICES INC
c/o Pro Vest De II Inc [registered agent[
161 N Clark Street #4700
Chicago, Illinois 60601

GEORGE SOMER
310 Busse Rd
Park Ridge, IL 60068

WELLINGTON & PULASKI CONDOMINIUM ASSOC. INC
c/o Pro Vest De II Inc [registered agent]
161 N Clark Street #4700
Chicago, Illinois 60601

BOARD OF MANAGERS WELLINGTON & PULASKI CONDOMINIUM
2960 N Pulaski Rd
Chicago, IL.

/s/Kenneth A. Henry
Kenneth A. Henry, Esq.

KENNETH A. HENRY, ESQ. (ARDC # 1193457)
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
312.857.0100/312.857.1157 (fax)
khenry@kahlaw.com