## STATEMENT BY GRANTOR AND GRANTEE

The Grantor or his agent affirms that, to the best of his knowledge, the name of the Grantee shown on the Deed of Assignment of Beneficial Interest in land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated JAN 2 3 2009 _____, 20___

Signature: _M. Almaguer_____
Grantor or Agent

Subscribed and sworn to before me
By the said _M. Almaguer_____
This ____, day of _JAN 2 3 2009_, 20___.
Notary Public _____

OFFICIAL SEAL
JACKIE M. NICKEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-20-2012

The Grantee or his Agent affirms and verifies that the name of the Grantee shown on the Deed or Assignment of Beneficial Interest in a land trust is either a natural person, an Illinois corporation of foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Date JAN 2 3 2009 _____, 20___

Signature: _M. Almaguer_____
Grantee or Agent

Subscribed and sworn to before me
By the said _M. Almaguer_____
This ____, day of _JAN 2 3 2009_, 20___.
Notary Public _____

OFFICIAL SEAL
JACKIE M. NICKEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-20-2012

Note: Any person who knowingly submits a false statement concerning the identity of Grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to Deed or ABI to be recorded in Cook County, Illinois if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)



D-1

0802066

# JUDICIAL SALE DEED

THE GRANTOR, **INTERCOUNTY JUDICIAL SALES CORPORATION**, an Illinois Corporation, pursuant to and under the authority conferred by the provisions of a Judgment of Foreclosure and Sale and an Order Appointing Selling Officer entered by the Circuit Court of Cook County, Illinois on August 25, 2008 in Case No. 08 CH 3858 entitled EMC Mortgage vs. Barbieri and pursuant to which the mortgaged real estate hereinafter described was sold at public sale by said grantor on September 4, 2009, does hereby grant, transfer and convey to **Federal National Mortgage Association**, the following described real estate situated in the County of Cook, State of Illinois, to have and to hold forever:



Doc#: 0931705154 Fee: $40.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 11/13/2009 12:08 PM Pg: 1 of 3

UNIT 4007-3 IN THE WELLINGTON AND PULASKI CONDOMINIUM, AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED PROPERTY: LOTS 1 AND 2 IN BLOCK 3 IN BELMONT GARDENS, BEING A SUBDIVISION OF PART OF THE NORTHEAST 1/4 OF SECTION 27, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JUNE 18, 1913 AS DOCUMENT NUMBER 5209764, WHICH SURVEY IS ATTACHED TO THE DECLARATION OF CONDOMINIUM RECORDED JANUARY 9, 2007 AS DOCUMENT NO. 0700915087, AND AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS. P.I.N. 13-27-221-029. Commonly known as 4007 West Wellington Avenue, Unit 3, Chicago, IL 60641.

In Witness Whereof, said Grantor has caused its name to be signed to these presents by its President, and attested to by its Secretary, this November 2, 2009.

**INTERCOUNTY JUDICIAL SALES CORPORATION**

Attest _____          _____
        Secretary                        President

State of Illinois, County of Cook ss, This instrument was acknowledged before me on November 2, 2009 by Andrew D. Schusteff as President and Nathan H. Lichtenstein as Secretary of Intercounty Judicial Sales Corporation.

OFFICIAL SEAL
B SYLVESTER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/04/13

_____
Notary Public

Prepared by A. Schusteff, 120 W. Madison St. Chicago, IL 60602.
Exempt from real estate transfer tax under 35 ILCS 200/31-45(b).
**RETURN TO:** Pierce & Associates, 1 N. Dearborn, Chicago, IL 60602

EXHIBIT D-2
3 pages

Grantor's Name and Address:
INTERCOUNTY JUDICIAL SALES CORPORATION
120 W. Madison Street
Chicago, Illinois 60602
(312) 444-1122

Grantee's Name and Address and Mail Tax Bills to:

Attention: PETER POIDOMANI

Grantee: Federal National Mortgage Association

Mailing Address: 1 S. WACKER
Chicago, IL 60606

Tel#: (312) 368-6200

Mail to:
Pierce and Associates
One North Dearborn Street, Suite 1300
Chicago, Illinois 60602
Atty. No. 91220
File Number 0802066

D-2

## STATEMENT BY GRANTOR AND GRANTEE

The grantor or his agent affirms that, to the best of his knowledge, the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated 12 Novembre 2009                Signature _____
                                                  Grantor or Agent

SUBSCRIBED AND SWORN TO BEFORE ME
BY THE SAID _____
THIS  12  DAY OF  Novembre
20 09 .
NOTARY PUBLIC _____

"OFFICIAL SEAL"
VERONICA LAMAS
Notary Public, State of Illinois
My Commission Expires 01/08/12

The grantee or his agent affirms and verifies that the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

Date 12 Novembre 2009                 Signature _____
                                                  Grantee or Agent

SUBSCRIBED AND SWORN TO BEFORE ME
BY THE SAID _____
THIS  12  DAY OF  Novembre
20 09 .
NOTARY PUBLIC _____

"OFFICIAL SEAL"
VERONICA LAMAS
Notary Public, State of Illinois
My Commission Expires 01/08/12

Note: Any person who knowingly submits a false statement concerning the identify of a grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

[Attach to deed or ABI to be recorded in Cook County, Illinois, if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.]

American Legal Forms
(312) 332-1922
Form No. 342

D-5 2

1127452

## JUDICIAL SALE DEED

THE GRANTOR, **INTERCOUNTY JUDICIAL SALES CORPORATION**, an Illinois Corporation, pursuant to and under the authority conferred by the provisions of a Judgment of Foreclosure and Sale and an Order Appointing Selling Officer entered by the Circuit Court of Cook County, Illinois on March 14, 2013 in Case No. 12 CH 19881 entitled NATIONSTAR VS. VEGA and pursuant to which the mortgaged real estate hereinafter described was sold at public sale by said grantor on June 18, 2013, does hereby grant, transfer and convey to **FEDERAL NATIONAL MORTGAGE ASSOCIATION** the following described real estate situated in the County of Cook, State of Illinois, to have and to hold forever:



Doc#: 1403013049 Fee: $42.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Affidavit Fee: $2.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 01/30/2014 01:46 PM Pg: 1 of 3

UNIT 2958-2 IN THE WELLINGTON AND PULASKI CONDOMINIUM, AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED PROPERTY: LOTS 1 AND 2 IN BLOCK 3 IN BELMONT GARDENS, BEING A SUBDIVISION OF PART OF THE NORTHEAST QUARTER OF SECTION 27, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JUNE 18, 1913 AS DOCUMENT NUMBER 5209764. WHICH SURVEY IS ATTACHED TO THE DECLARATION OF CONDOMINIUM RECORDED JANUARY 9, 2007 AS DOCUMENT NO. 0700915087, AND AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS. P.I.N. 13-27-221-037-1009. Commonly known as 2958 NORTH PULASKI ROAD UNIT 2, CHICAGO, IL 60641.

In Witness Whereof, said Grantor has caused its name to be signed to these presents by its President, and attested to by its Secretary, this September 25, 2013.

INTERCOUNTY JUDICIAL SALES CORPORATION

Attest _____        _____
         Secretary                        President

State of Illinois, County of Cook ss, This instrument was acknowledged before me on September 25, 2013 by Andrew D. Schusteff as President and Nathan H. Lichtenstein as Secretary of Intercounty Judicial Sales Corporation.

_____
Notary Public

OFFICIAL SEAL
NICOLE SORAGHAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/04/17

Prepared by A. Schusteff, 120 W. Madison St. Chicago, IL 60602.
Exempt from real estate transfer tax under 35 ILCS 200/31-45(B).

1-24-14 Kena Wacker

EXHIBIT D
3 pages

Grantor's Name and Address:
INTERCOUNTY JUDICIAL SALES CORPORATION
120 W. Madison Street
Chicago, Illinois 60602
(312) 444-1122


Grantee's Name and Address and Mail Tax Bills to:

Attention: _James Tiegan_

Grantee: FEDERAL NATIONAL MORTGAGE ASSOCIATION

Mailing Address: _1 S. WACKER DR #1400_
_Chicago, IL 60606_

Tel#: _(312) 368-6200_

Mail to:
Pierce and Associates
One North Dearborn Street, Suite 1300
Chicago, Illinois 60602
Atty. No. 91220
File Number 1127452


City of Chicago
Dept. of Finance
**659607**
1/17/2014 13:32
dr00193

Real Estate
Transfer
Stamp
**$0.00**
Batch 7,565,280

D-3

## ATTORNEYS' TITLE GUARANTY FUND, INC.

### STATEMENT BY GRANTOR AND GRANTEE

The grantor or the grantor's agent affirms that, to the best of his or her knowledge, the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation, or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

Dated 1-24-14                                            _____
                                                         Signature of Grantor or Agent

Subscribed and sworn to before me this

24 day of JAN, 2014

_____
Notary Public

OFFICIAL SEAL
DALILA CORTES
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 05/10/2017

The grantee or the grantee's agent affirms and verifies that the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation, or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

Dated 1-24-14                                            _____
                                                         Signature of Grantee or Agent

NOTE: Any person who knowingly submits a false statement concerning the identity of a grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to deed or ABI to be recorded in Cook County, Illinois, if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)

Subscribed and sworn to before me this

24 day of JAN, 2014

_____
Notary Public

OFFICIAL SEAL
DALILA CORTES
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 05/10/2017

ATG FORM 4010
© ATG (REV. 12/99)

D-3  FOR USE IN: IL

Judicial Sale Deed

Exempt under provision of Paragraph _L_, Section 31-45 of the Real Estate Transfer Tax Law (35 ILCS 200/31-45).

6-13-13
Date            Buyer, Seller or Representative

This Deed is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps, pursuant to court order in Case Number 10 CH 020949.

Grantor's Name and Address:
**THE JUDICIAL SALES CORPORATION**
One South Wacker Drive, 24th Floor
Chicago, Illinois 60606-4650
(312)236-SALE

Grantee's Name and Address and mail tax bills to:
FEDERAL NATIONAL MORTGAGE ASSOCIATION, by assignment
P.O. Box 650043
Dallas, TX, 75265

Contact Name and Address:

Contact:     James M. Tiegen

Address:     One South Wacker Dr. Suite 1400
             Chicago, IL 60606
Telephone:   312-368-6200

Mail To:

CODILIS & ASSOCIATES, P.C.
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, IL 60527
(630) 794-5300

Att. No. 21762
File No. 14-10-16559

City of Chicago
Dept. of Finance
**649096**

8/2/2013  8:40
dr00198

Real Estate
Transfer
Stamp
**$0.00**

Batch 6,866,467

D-4