# UNITED STATE BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re** | Chapter 11 Case No. 15 B-035476 |
| **Wellington & Pulaski Condominium** | **Judge Carol Doyle** |
| **Association Inc.,** | Hearing Date: **12/09/2015** |
| **Debtor.** | Hearing Time:  **10:30 a.m.** |

## ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the Petition of the Movants, CHI4005 L.L.C and 4003 Wellington 2 Inc., to decline jurisdiction and to dismiss the Involuntary Bankruptcy Petition filed in the above-captioned matter, the motion is granted**.**

**Dated:** _____        **BY THE COURT**

_____

United States Bankruptcy Judge