UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-35476 |
| Wellington & Pulaski Condominium Assn, | ) | |
| Inc | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Carol Doyle |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO DISMISS INVOLUNTARY PETITION**

IT IS ORDERED that for the reasons stated in open court on December 9, 2015, the motion to dismiss is granted.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 09, 2015