Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 15−35476
Chapter: 11
Judge: Carol A. Doyle

In Re:
   Wellington & Pulaski Condominium Assn, Inc
   1751 W Howard St. D−248
   Chicago, IL 60626

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   27−1230890

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on December 9, 2015

 

FOR THE COURT

Dated: December 10, 2015             <u>Jeffrey P. Allsteadt , Clerk</u>
                                                      United States Bankruptcy Court