UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-35476 |
| Wellington & Pulaski Condominium Assn, Inc | ) ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING MOTION TO REFUSE JURISDICTION AND DISMISS INVOLUNTARY BANKRUPTCY PROCEEDINGS PURSUANT TO 11 U.S.C. § 305 Filed by 4003 Wellington 2, Inc., Blue Star Holdings, Inc., CHI4005 LLC.**

IT IS ORDERED that this motion is denied as moot, but the court notes that, for the reasons stated on the record in open court on December 9, 2015, this motion provides an alternative grounds for dismissal in addition to the motion to dismiss pursuant to 11 U.S.C. § 303(b).

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated: December 09, 2015