Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 15−35476
Chapter: 11
Judge: Carol A. Doyle

In Re:
   Wellington & Pulaski Condominium Assn,
   Inc
   1751 W Howard St. D−248
   Chicago, IL 60626

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   27−1230890

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on December 9, 2015

FOR THE COURT

Dated: December 10, 2015

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Wellington & Pulaski Condominium Assn, I  
    Debtor

Case No. 15-35476-CAD  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: ccabrales    Page 1 of 1    Date Rcvd: Dec 10, 2015  
                         Form ID: ntcdsm    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2015.  
adb        +Wellington & Pulaski Condominium Assn, Inc,   1751 W Howard St. D-248,   Chicago, IL 60626-1645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2015 at the address(es) listed below:

          Daniel H Olswang   on behalf of Creditor   TBI URBAN HOLDINGS, LLC dolswang@hrolaw.com  
          Esther E Tryban Telser   on behalf of Creditor   City of Chicago, a municipal corporation  
           etrybantelser@cityofchicago.org  
          George U Oparanozie   on behalf of Petitioning Creditor   Provest Realty Services Inc  
           go@optionslawgroup.com,   gooptionslaw@gmail.com;optionslawgroup@yahoo.com  
          George U Oparanozie   on behalf of Petitioning Creditor George   Somer go@optionslawgroup.com,  
           gooptionslaw@gmail.com;optionslawgroup@yahoo.com  
          Jonathan N Rogers   on behalf of Petitioning Creditor   Provest De II jrogers@skdaglaw.com  
          Kenneth A. Henry   on behalf of Plaintiff   4003 Wellington 2, Inc. khenry@kahlaw.com  
          Kenneth A. Henry   on behalf of Interested Party   4003 Wellington 2, Inc. khenry@kahlaw.com  
          Kenneth A. Henry   on behalf of Interested Party   Blue Star Holdings, Inc. khenry@kahlaw.com  
          Kenneth A. Henry   on behalf of Plaintiff   CHI4005 LLC, an Illinois limited liability company  
           khenry@kahlaw.com  
          Kenneth A. Henry   on behalf of Interested Party   CHI4005 LLC khenry@kahlaw.com  
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov  
                                                                                                                          TOTAL: 11